IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-560-MSK

ANGELA LUNA,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO REMAND

THIS MATTER comes before this Court on the Stipulated Motion to Remand Matter to Denver County District Court **(#8)**.  The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#8) is GRANTED**.  This case is remanded to the District Court, County of Denver, State of Colorado.

**IT IS FURTHER ORDERED** that the Motion to Dismiss **(#6)** is **DENIED as MOOT**.

Dated this 13th day of April, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge